**Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00489-CV

## MARIE NDULI, Appellant

### V.

## KHERKHER GARCIA, LLP., AND THE LAW OFFICE OF OMAR KHAWAJA, PLL AND IGWE LAW FIRM, PC., Appellees

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-59927**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 7, 2022. The notice of appeal was filed July 5, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On August 9, 2022, this court ordered appellant to pay the appellate filing fee on or before August 19, 2022 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.